[24 NE3d 593, 999 NYS2d 357]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN M. CAZA, Appellant.

Decided November 20, 2014

### APPEARANCES OF COUNSEL

*Martin J. McGuinness*, Queensbury, for appellant.
Respondent precluded.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. Defendant's argument that County Court erred in enhancing her sentence by departing from its conditional promise to make her two terms of imprisonment run concurrently is unpreserved for our review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 491-493 [2008]).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.